FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 JUL 17 PM 12: 07

MARGARET BOTKINS, CLERK
CHEYENNE

# United States District Court

# District of Wyoming

:Jamison-Daniel:Finley:Qualified-Beneficiary:Natural-Person:
Cestui Que Vie Trust
JAMISON DANIEL FINLEY: Artificial-Person:

*Plaintiff(s)*

*(In the space above enter the full name(s) of the*

*plaintiff(s).If you cannot fit the names of all of the*

*plaintiffs in the space provided, please write "see*

*attached" in the space above and attach an additional*

*sheet of paper with the full list of names),*

v. (-against-)

Judge John P. LaBuda: 9th Judicial-District:
Amy Knotts: Detective-Toby L. Terrel:
Clayton M. Meliakovich: Karson-S.Turher:
Agent Atland-DEA : See Attatched

*Defendant(s)*

*(In the space above enter the full name(s) of the*

*defendant(s). If you cannot fit the names of all of the*

*defendants in the space provided, please write "see*

*attached" in the space above and attach an additional*

*sheet of paper with the full list of names. The names listed*

*in the above caption must be identical to those contained*

*in Section IV. Do not include addresses here.)*

Case No. 23-CV-124 -S

(To be filled out by Clerk's

Office only)

**COMPLAINT**

(*Pro Se* Prisoner)

Jury Demand?

☒ Yes

☐ No

*Pro Se* Civil Rights Complaint                                    page 1 of 13

> **NOTICE**
>
> Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.
>
> **Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## COMPLAINT

Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

☒ *42 U.S.C. § 1983 (state, county, or municipal defendants)*

☐ *Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)*

### PLAINTIFF INFORMATION

Finley: Jamison - Daniel:                    JAMISON D. VANDERHAGEN
Name (Last, First, MI)                        Aliases

112955
Prisoner ID #

Sublette County Detention Center
Place of Detention

---

*Pro Se* Civil Rights Complaint                         page 2 of 13

Institutional Address

_Sublette - Pinedale_    _Wyoming_    _82941_
County, City    State    Zip Code

## PRISONER STATUS

Indicate whether you are a prisoner or other confined person as follows:

☒ *Pretrial detainee*

☐ *Civilly committed detainee*

☐ *Immigration detainee*

☐ *Convicted and sentenced state prisoner*

☐ *Convicted and sentenced federal prisoner*

## DEFENDANT(S) INFORMATION

Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper using the same format for any additional defendants.

Defendant 1:    _LaBuda  John  P._
Name (Last, First)

_Circuit Court Judge_
Current Job Title

_P.O. Box 1796 - Pinedale Wyoming 82941_    or 7643
Current Work Address

_Sublette - Pinedale  Wyoming  82941_
County, City    State    Zip Code

☐ Official Capacity    ☐ Individual Capacity    ☒ Both

Defendant 2:    _Terrel  Toby  L._
Name (Last, First)

*Pro Se* Civil Rights Complaint    page 3 of 13

Detective
Current Job Title

P.O. Box 764 Pinedale Wyoming 82941
Current Work Address

Sublette Pinedale        Wyoming        82941
County, City                    State            Zip Code

☐ Official Capacity        ☐ Individual Capacity        ☒ Both

Defendant 3: Turner Carson S.
Name (Last, First)

Detective - DEA
Current Job Title

P.O. Box 764 Pinedale Wyoming 82941
Current Work Address

Sublette Pinedale    Wyoming        82941
County, City                    State            Zip Code

☐ Official Capacity        ☐ Individual Capacity        ☒ Both

Defendant 4: Melinkovich Clayton M.
Name (Last, First)

Prosecuting Attorney - [Pro-Se-Cutis] - County Attorney
Current Job Title

P.O. Box 1010 Pinedale Wyoming 82941
Current Work Address

Sublette Pinedale    Wyoming        82941
County, City                    State            Zip Code

☐ Official Capacity        ☐ Individual Capacity        ☒ Both

## STATEMENT OF CLAIM ONE

Place(s) of occurrence: 41 Moose Gypsum Creek Road, Cora, Sublette County Wyoming

Date(s) of occurrence: June 20th-21st 2023

State which of your federal constitutional or federal statutory rights have been violated:

*Pro Se* Civil Rights Complaint                                    page 4 of 13

J.D.F.~Bene
~~~~
PG ~~4~~
4.I

Defendant 5:

Knotts Amy
Name (Last, First)

Clerk of Court
Current Job Title

P.O. Box ~1~64- Pinedale Wyoming 82941
Current Work Address

Sublette  Pinedale  Wyoming  82941
_____
County, City        State        Zip Code

☐ official capacity   ☐ individual capacity   ☒ Both

Defendant 6:

AGent Atland ? [Full name not Given]
Name (Last, First)

D.E.A.
Current Job title

unknown ? Not Given
Current work Address

J-D:F
☐ Official Capacity   ☒ Individual capacity   ~~☐ Both~~

PG.
J.D.F
4.2

Defendant 7:

9th Judicial District Sublette County Wyoming
Name (Last, First)

Sublette County Judicial Court Municipality incorporated
Current Job title

P.O. Box 764 Pinedale Wyoming 82941
Current Work Address

Sublette Pinedale    Wyoming      82941
County, City        State        Zip Code

☒ Official Capacity   ☐ Individual Capacity   ☐ Both

Including But not Limited too: 3 USC 54-1795
18 USC 1001: 18 USC 242: 18 USC 241
1st Amendment: 2nd Amendment: 4th Amendment: 14th Amendment;
9th Amendment: 10th Amendment:
Wyoming Constitution: Article 1 § 001-002-004-006-007-013-018-
024-033-055: Article 2 § 027-037: Article 4 § 023-024-025:
Wyoming Statutes: Title 6-Chapter 8-Article 4-Section 6-8-406 (a)-(i)-(ix)

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you

FACTS:

> What happened to you?

Detectives found packages/Satchel in "close proximity" on Side of Highway. Opened packages without warrant/probable Cause-Swore Fictitous Affidavit for Search Warrant: Executed illegal Search Warrant: Collected property without reciept: Swore illegal testimony: Filed bond contract obtained under duress-threat-Coercion-menace extortion-Filed illegal contracts on Plaintiffs behalf against U.C.1 Continued motion of the courts against challenge of Jurisdiction. Personal Prevented plaintiff from Speaking at "arraignment." Filed Fictitous paperwork naming Plaintiff as "Person" when plaintiff claims Natural Person-Presented Sui juris impropria persona. Not Pro ak violation of Due proceSS. refused to Aknowledge Writ of HabeasCorpus And proceeded motion of the Courts. And SO, SO, SO much more.

> Who did what?

John P. Labuda Muted plaintiff preventing his natural Person From Speaking at arraignment, Didn't Show for illegal motion to preliminary Attempting to obfuscate himself from

Habeas Corpus: Detectives Turner & Terrel violated right to Due process: Fictitous Grammar and testimony to obtain Search warrant: Conspired to these ends under color of law: Amy Knotts Signed off on everything and abbetted the Court officials in their criminal acts against an Natural person by an Artificial persons. Clayton Meliskovich: Ignored Habeas Corpus and Signed off on illegal Warrants: Illegal Motion After challenge of Persona ( Jurisdiction of an Artificial Person over a natural Person. Agent Atland: Fictitous conveyance of Grammar: Conspired under color of Law

**Was anyone else involved?**

All parties Violated My Rights to Practice religion-And provide my own Healtcare as natural Person

Donald Charles Fulkerson was/is Owner of Said listed Address: Officers/officials Allowed Donald C. Fulkerson to keep His cannabis and cannabis products upwards of 1/4 Lb to Suit their purposes in arresting Plaintiff:

Additional information;
There is far too many Violations to list even Briefly: Hopefully this Supreme Court can obtain/Subpeona NCIC Times & Dates: Body camera Footage: Photos-Audio: Any and All documents in this case. Once Accepted into Court All will become clear:

## STATEMENT OF CLAIM TWO

*Place(s) of occurrence:* Not APPlicable - Did not occur With Facility

*Date(s) of occurrence:* _____

State which of your federal constitutional or federal statutory rights have been violated:

_____

_____

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

| What happened to you? |
| --- |

|   |
| --- |
|   |
|   |
|   |
|   |
|   |
|   |
|   |
|   |
|   |
|   |
|   |



Who did what?

Was anyone else involved?

This Section is NOT APPlicable as it
Did not happen within a facility:

[Attach additional sheets of paper using the same format for additional claims.]

## ADMINISTRATIVE PROCEDURES

**PLEASE NOTE**: Prisoners **must exhaust** administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.

**Exhaustion of Administrative Remedies as to Claim One**

(a)     Is there a grievance procedure at your institution?              ☐ Yes ☐ No

(b)     Have you filed a grievance about the facts in claim one?         ☐ Yes  ☐ No

        (If you did not file a grievance, skip to d.)

(c)     If your answer is YES:

        1.      Was the grievance:  Informal ☐      Formal ☐    Both ☐

        2.      What was the result? _____

                _____

        3.      Did you appeal?    ☐ Yes ☐ No

        4.      If you did appeal, what was the result? _____

                _____

(d)     If your answer is NO, explain why you did not file a grievance: _____

        _____

**Exhaustion of Administrative Remedies as to Claim Two**

(a)     Is there a grievance procedure at your institution?              ☐ Yes ☐ No

(b)     Have you filed a grievance about the facts in claim one?         ☐ Yes  ☐ No

        (If you did not file a grievance, skip to d.)

(c)     If your answer is YES:

        1.      Was the grievance:  Informal ☐      Formal ☐    Both ☐

        2.      What was the result? _____

3.     Did you appeal?  ☑ Yes  ☐ No

4.     If you did appeal, what was the result? _____

_____

(d)     If your answer is NO, explain why you did not file a grievance: _____

_____

[Attach additional sheets of paper using the same format for additional claims.]

## RELIEF

State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Immediate release From illegal Detainment by Foreign Government: Trial to determine punitive damages: Defendants charged criminally to the FULLEST extent of the law to prevent this From happening to others: Stop writing statutes·codes·policy that is in Direct contradiction to the Constitution of the United·States-Republic:

## PRISONER'S LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).

*Have you brought any other lawsuits in state or federal court while a* ☐ *Yes* ☒*No*
*prisoner?*

*If yes, how many?*  NONE

Number each different lawsuit below and include the following:

Name of case (including defendants' names), court, and docket number

Nature of claim made

How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)



## PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the

*Pro Se* Civil Rights Complaint                                   page 11 of 13

cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4)  the facts in this complaint are true to the best of my knowledge, information and belief.  I understand if this certification is not correct, I may be sanctioned by the Court.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Plaintiff must sign and date the complaint and provide prison identification number and prison address.

7-11-2023
Dated

Plaintiff's Signature

:Finley: Jamison- Daniel :
Plaintiff's Printed Name (Last, First, MI)

112955
Plaintiff's Prison Identification #

P.O. Box 701          Pinedale          Wyoming          82941
Prison Address            City                State              Zip Code

*Pro Se* Civil Rights Complaint                                  page 12 of 13

## CERTIFICATION OF MAILING

I declare under penalty of perjury this Complaint was placed in the institutional mailing system or deposited with prison officials on the _7-11-2023_____ (month, day, year).  I attest first-class postage has been prepaid.

Executed (signed) on _7-11-2023_____. (date)

_____
Signature of plaintiff

*Pro Se* Civil Rights Complaint                                          page 13 of 13

:Jamison-Daniel:Finley:Qualified-Beneficiary
c/o Sublette County Jail
P.O. Box 701
Pinedale, WY 82941



quadient
FIRST-CLASS MAIL
IMI
$010.21 ⁰
07/13/2023 ZIP 82941
043M31219258
US POSTAGE

United States District Court
District Of Wyoming
2301 Capitol Ave.
Cheyenne, WY 82002